UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

CARLOS OCASIO,
                       Defendant.
--------------------------------------------------------------x

**ORDER**

17 CR 505-16 (VB)

    By motion filed on April 6, 2023, defendant Carlos Ocasio seeks a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

    The government is directed to file a response to the motion by April 27, 2023. The government's response shall address the issue of exhaustion as well as the merits of the motion.

    If defendant wishes to file a reply to the government's submission, he shall do so by no later than May 18, 2023.

    Chambers will mail a copy of this Order to defendant at the following address:

Carlos Ocasio, Reg. No. 79450-054
FCI El Reno
Federal Correctional Institution
P.O. Box 1500
El Reno, OK 73036

Dated: April 6, 2023
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge